# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMBER A. FOSTER,<br><br>            Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br>            Defendants. | Case No. 2:19-cv-00969-GMN-BNW<br><br>**ORDER EXTENDING STAY** |

This case was referred to the District Court's Inmate Early Mediation Program ("IEM") on May 28, 2020 (ECF 8). The case was stayed for ninety (90) days to August 26, 2020, to allow the Plaintiff and Defendants an opportunity to settle their dispute. Due to the pandemic, the mediation session with a court-appointed mediator will not be held before the stay expires. The Court now extends the stay until two days after the scheduled IEM. The status report is also due on that date. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

For the foregoing reasons, it is ordered that the stay is extended until two days after the IEM. The Office of the Attorney General will file the report form regarding the results of the stay by that date.

**IT IS SO ORDERED.**

DATED: August    6   , 2020.

_____
UNITED STATES MAGISTRATE JUDGE