TRAVIS N. BARRICK, ESQ.
Nevada Bar No.: 9257
GALLIAN WELKER & ASSOCIATES, LC
730 Las Vegas Blvd. South, Suite 104
Las Vegas, Nevada 89101
Telephone: (702) 892-3500
Facsimile:  (702) 386-1946
tbarrick@vegascase.com

ANDRÉA L. VIEIRA, ESQ.
Nevada Bar No. 15667
THE VIEIRA FIRM, PLLC
400 S. 7th Street, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 820-5853
Facsimile:  (702) 820-5836
Andrea@TheVieiraFirm.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AMBER FOSTER,<br><br>                  Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>                  Defendant. | **Case No**.: 2:19-cv-00969-GMN-BNW |

### STIPULATION AND ORDER TO CONTINUE TRIAL
(First Request)

WHEREAS this matter is currently scheduled to proceed to trial on April 10, 2023, at 8:30 a.m. before the Honorable Gloria Navarro.

WHEREAS during the time that this matter is scheduled to proceed to trial, Judge Navarro is expected to be in the midst of a six-week trial in the matter of *USA v. Castro, et al.*, case number 19cr295.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants through their respective attorneys of record that the jury trial in this matter currently

1

scheduled for April 10, 2023, and all associated dates and deadlines, be continued to a future date after September 2023 amenable to the Court.

DATED this _____ day of March, 2023.       DATED this _____ day of March, 2023.

**GALLIAN WELKER & ASSOCIATES, LC**       **THE VIEIRA FIRM**

By:   /s/ *Travis N. Barrick*                By:   /s/ *Andréa L. Vieira*
    TRAVIS N. BARRICK, ESQ.                    ANDRÉA L. VIEIRA, ESQ.
    Nevada Bar No.: 9257                        Nevada Bar No. 15667
    730 Las Vegas Blvd. South, Suite 104        400 S. 7th Street, Suite 400
    Las Vegas, Nevada 89101                     Las Vegas, Nevada 89101
    *Attorney for Plaintiff*                    *Attorney for Plaintiff*

DATED this _____ day of March, 2023.

**STATE OF NEVADA**
**OFFICE OF THE ATTORNEY GENERAL**

By:   /s/ Lorin M. Taylor
    LORIN M. TAYLOR, ESQ.
    Nevada Bar No. 14958
    Deputy Attorney General
    555 East Washington Ave., #3900
    Las Vegas, Nevada 89101
    *Attorneys for Defendants*

    **IT IS SO ORDERED.**

    _____
    **UNITED STATES DISTRICT JUDGE**
    DATED:  March 2, 2023