# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMBER A FOSTER, | ) |
| Plaintiff, | ) Case No.: 2:19-cv-00969-GMN-VCF |
| vs. | ) |
| | ) **ORDER** |
| STATE OF NEVADA, *et. al.*, | ) |
| Defendants. | ) |

Before the Court is the Stipulation to Continue Trial, (ECF No. 62). **IT IS HEREBY ORDERED** that this case is set for Jury Trial on September 25, 2023, at 8:30 AM before Judge Gloria Navarro in Courtroom 7D. **IT IS FURTHER ORDERED** that Calendar Call is set for September 19, 2023, at 9:00 AM before Judge Gloria Navarro in Courtroom 7D.

**DATED** this __6__ day of March, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT