Andréa L. Vieira, Esq.
Nevada Bar No. 15667
THE VIEIRA FIRM, PLLC
601 So. 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 820-5853
Facsimile:  (702) 820-5836
Andrea@TheVieiraFirm.com

Travis N. Barrick, Esq.
Nevada Bar No.: 9257
Nathan M. Lawrence, Esq.
Nevada Bar No.: 15060
GALLIAN WELKER & ASSOCIATES, L.C.
730 Las Vegas Blvd. South, Suite 104
Las Vegas, Nevada 89101
Telephone: (702) 892-3500
Facsimile:  (702) 386-1946
tbarrick@vegascase.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMBER FOSTER,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　　　Defendant. | Case No.: 2:19-cv-00969-GMN-BNW |

## STIPULATION AND ORDER TO CONTINUE TRIAL
(Third Request)

WHEREAS this matter is currently scheduled to proceed to trial on January 22, 2024, before the Honorable Gloria Navarro.

WHEREAS during the time that this matter is scheduled to proceed to trial, Judge Navarro is expected to be in the midst of a six-week trial in another matter.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and

1

Defendants, through their respective attorneys of record, that the jury trial in this matter currently scheduled for January 22, 2024, and all associated dates and deadlines, be continued to a future date amenable to the Court. Counsel for the parties have conferred and confirmed mutual availability for the following periods:

- June 24-28, 2024
- July 8-August 9, 2024
- August 26-30, 2024

DATED: December 22, 2023.

**THE VIEIRA FIRM**

By: /s/ *Andréa L. Vieira*
    Andréa L. Vieira, Esq.
    Nevada Bar No. 15667
    601 So. 7th Street
    Las Vegas, Nevada 89101
    *Attorney for Plaintiff*

DATED: December 22, 2023.

**GALLIAN WELKER & ASSOCIATES, L.C.**

By: _____
    Travis N. Barrick, Esq.
    Nevada Bar No.: 9257
    Nathan E. Lawrence, Esq.
    Nevada Bar No.: 15060
    730 Las Vegas Blvd. South, Ste. 104
    Las Vegas, Nevada 89101
    *Attorney for Plaintiff*

DATED: December 22, 2023.

**STATE OF NEVADA OFFICE OF THE ATTORNEY GENERAL**

By: /s/ *Victoria C. Corey*
    Victoria C. Corey, Esq.
    Nevada Bar No. 116364C
    Deputy Attorney General
    555 East Washington Ave., #3900
    Las Vegas, Nevada 89101
    *Attorneys for Defendants*

**IT IS ORDERED the jury trial is rescheduled for July 15, 2024, at 8:30 a.m. Calendar Call is rescheduled for July 9, 2024, at 9:00 a.m.**

IT IS SO ORDERED.

DATED: December 27, 2023

_____
UNITED STATES DISTRICT JUDGE