AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-9245 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Defendants,*
*Harold Wickham, Dwight Neven,*
*and Richard Ashcraft*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMBER FOSTER,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants | Case No. 2:19-cv-00969-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Amber Foster, by and through counsel, Andrea Vieira, Travis Barrick, and Nathan Lawrence, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice pursuant to the terms of the parties' Settlement Agreement, which is hereby incorporated herein by this reference, with each party bearing their own attorney's fees and costs.

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

| | |
|---|---|
| DATED this 1st day of August 2024.<br>THE VIEIRA FIRM, PLLC | DATED this 1st day of August 2024.<br>AARON D. FORD<br>Attorney General |
| /s Andréa L. Vieira<br>ANDRÉA L. VIEIRA (Bar No. 15667) | /s/ Victoria C. Corey<br>VICTORIA C. COREY (Bar No. 16364) |
| Gallian Welker & Associates, LC<br>TRAVIS N. BARRICK (Bar No. 9257)<br>NATHAN M. LAWRENCE (Bar No. 15060) | *Attorneys for Defendants* |
| *Pro Bono Attorneys for Plaintiff* | |

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED _____ August 1, _____, 2024.

_____
UNITED STATES DISTRICT JUDGE